[No. 67479-0-I.    Division One.    February 19, 2013.]

JOSEPH KING ET AL., *Appellants*, v. MICHAEL EMERIC MOCKOVAK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-47040-5, Richard D. Eadie, J., entered June 8, 2011. *Dismissed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Verellen, J.

[Nos. 67762-4-I; 67960-1-I.    Division One.    February 19, 2013.]

POINTE II ON SEMIAHMOO OWNERS ASSOCIATION, *Appellant*, v. CLYNT NAUMAN ET AL., *Respondents*, DEAN FRANCIS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-2-02983-1, Ira Uhrig, J., entered September 23, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Lau and Verellen, JJ.

[No. 67809-4-I.    Division One.    February 19, 2013.]

ALFRED BARBER III, *Appellant*, v. BEVERLY ANKENY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-08033-1, Cheryl B. Carey, J., entered September 16, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 67863-9-I.    Division One.    February 19, 2013.]

JULIE ANN RAYSBROOK, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-07287-6, Ellen J. Fair, J., entered October 13, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Schindler, JJ.